UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELE & COMPANY,

      Plaintiff,

vs.

IDAHO BEAN & ELEVATOR
COMPANY,

      Defendant.
_____/

Civil Action No.
16-CV-11586

HON. MARK A. GOLDSMITH

**ORDER
(1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF
THE MAGISTRATE JUDGE DATED JANUARY 9, 2017 and (2) DIRECTING
PLAINTIFF TO SUBMIT A PROPOSED DEFAULT JUDGMENT**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Morris, issued on January 9, 2017. In the R&R, the Magistrate Judge recommends that a default judgment be entered against Defendant. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, it is ordered that a default judgment be entered against Defendant. Plaintiff shall submit a proposed default judgment within 14 days of today's date.

SO ORDERED.

Dated: February 16, 2017        s/Mark A. Goldsmith
Detroit, Michigan                MARK A. GOLDSMITH
                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 16, 2017.

                                      s/Karri Sandusky
                                      Case Manager